IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

FILED
DEC 22 2003
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

2003 DEC 22 P 10: 02

ANTHONY BURTON, #136983 )
Full name and prison number of )
plaintiff(s) )
)
v. )
(See Attached Page -AA-) )
for Names of Defendants )
_____ )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the persons) )

CIVIL ACTION NO. 03-D-1244-N
(To be supplied by the Clerk of the
U.S. District Court)

JURY TRIAL REQUESTED

I. PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (X)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes ( )   No (X)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1. Parties to this previous lawsuit:   N/A
         Plaintiff(s) _____
         Defendant(s) _____

      2. Court (if federal court, name the district; if state court, name the county)
         _____ N/A _____

      3. Docket No. _____ N/A _____

      4. Name of Judge to whom case was assigned _____ N/A _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?   N/A

6. Approximate date of filing lawsuit   N/A

7. Approximate date of disposition   N/A

II. PLACE OF PRESENT CONFINEMENT   Bibb County Correctional Facility 565 Bibb Lane — Brent, AL   35034

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED   Ventress Correctional Facility, Clayton, AL (BARBOUR COUNTY)

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Donal Campbell | 101 South Union St Montgomery, AL 36130 |
| 2. | J.G. Giles | Ventress Correctional Fac. Clayton, AL 36017 |
| 3. | Willie Thomas | Staton C.F. P.O. Box 56, Elmore, AL 36025 |
| 4. | Sherwin Carter | Ventress CF Clayton, AL 36017 |
| 5. | A. Moses | Ventress CF Clayton, AL 36017 |
| 6. | (See Attached Sheet) - (Page AA) | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED   June 20, 2003

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:   (See Attached Page 10)

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).

(See Attached Pages 1-8)

GROUND TWO: _(See Attached Page 10)_

SUPPORTING FACTS: _(See Attached Pages 1-8)_

GROUND THREE: _____

SUPPORTING FACTS: _____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.
_(See Attached Pages 10-11)_

_[signature]_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on _12/15/03_
            (date)

_[signature]_
Signature of plaintiff(s)

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ANTHONY BURTON, AIS# 136983, ) | |
| PLAINTIFF, ) | |
| VS. ) | CIVIL ACTION NO: _____ |
| ) | JURY TRIAL REQUESTED |
| DONAL CAMPBELL, in his individual and official capacities as Commissioner of the Ala Department of Corrections; ) | |
| J.C. GILES, in his individual and official capacities as Warden of the Ventress Correctional Facility; ) | |
| LT. CYNTHIA WHEELER, in her individual and official capacities as Thrid Shift Commander at Ventress C.F.; ) | |
| LT. ROAM, in his individual and official capacities as First Shift Commander at Ventress C.F.; ) | |
| SGT. SHERWIN CARTER, in his individual and official capacities as a Shift Supervisor at the Ventress C.F.; ) | |
| SGT. A. MOSES, in his individual and official capacities as Shift Supervisor at the Ventress C.F.; ) | |
| OFFICER GLORIA WHEELER, in her individual and official capacities as Correctional Officer I at the Ventress C.F.; ) | |
| OFFICER T.D. JONES, in her individual and official capacities as Correctional Officer I at Ventress C.F.; ) | |
| OFFICER BURHNAN, in his individual and official capacities as Correctional Officer I at the Ventress C.F.; ) | |
| OFFICER P.R. FENN, in his individual and official capacities as Correctional Officer I at Ventress C.F.; ) | |
| OFFICER C.L. BAKER, in his individual and official capacities as Correctional Officer I at Ventress C.F.; ) | |
| OFFICER McDONALD, in his individual and official capacities as a 2nd Shift Correctional Officer at Ventress C.F.; ) | |
| WILLIE THOMAS, in his individual and official capacities as Warden at Staton Correctional Facility. ) | |

PAGE -AA-

## FACTUAL ALLEGATIONS
(CONSPIRACY TO IMPOSE SUBSTANTIAL RISK OF SERIOUS HARM AT VENTRESS CORRECTIONAL FACILITY)

1. The Ventress Correctional Facility is located in Barbour County, city of Clayton, Alabama. It houses approximately 1400 inmates in at least five separate units. There is also a unit for administrative and disciplinary segregation.

2. Plaintiff was transferred from the Staton Correctional Facility in retaliation for exposing poor conditions of confinement and leading the cause to bring the Rev. Jesse Jackson, Johnny Ford, and members of the Black Legislature into Staton Prison. On April 3, 2003 Plaintiff was transferred to Ventress.

3. On April 30, 2003 at approximately 12:45 AM, Plaintiff was abruptly awaken by* COI Brown. Plaintiff sat up and noticed several uniformed officers near the foot of his bed. Plaintiff recognized by name tags** Lt. Wheeler; (Defendant); Sgt. A. Moses (defendant); Sgt. Cargle; *** COI Brown; COI Lewis; and approximately two other officers. Officer Brown ordered me to get up and get the bag from under my bed. The bag contained plaintiff's legal papers which were not able to fit into his locker box. Upon arrival less than (30) days before, plaintiff was instructed to place the bag neatly under the bed, except during Dorm cleaning and moping. This bag had been there since the arrival of plaintiff.

4. Plaintiff placed the bag on top of the bed and attempted to ask where should I store this property? Lt. Wheeler (Defendant)

\* COI Roosevelt Brown       \*\* Lt. Cynthia Wheeler
\*\*\* COI Darin Lewis

-1-

stated "I don't give a dam where you put it, as long as you don't place it on the floor". While talking to Lt. Wheeler, Sgt A. Moses (defendant) interrupted us and said "What's your mother-fucking problem inmate? Lt. Wheeler said "keep that shit off the floor and we don't give a fuck where you put it!"

5. Sgt. Moses became very abusive in language, getting close to me in an effort to make me touch him, so that he could allege assault. He was constantly yelling and cursing directly in Plaintiff's face. All officers tried to provoke Plaintiff in order to justify physical harm to plaintiff. The actions, on part, of the officers woke-up the entire dormitory.

6. All officers with the exception of Lt. Wheeler had their batons drawn around my bed. I attempted to walk toward the bathroom, Lt. Wheeler jumped in front of me (blocking my forward movement) and shouted several times, "you better not come up on me". Sgt. Moses then shouted "Mutha-fucker you better not move, you're going to fuck around and get your mutha-fucking head busted"! Again, all officers surrounded me with batons drawn. I immediately stopped in my tracks. Lt. Wheeler stood directly in my face and continued to shout and verbally abuse me with excessive profanity. After I offered no resistance, Lt. Wheeler ordered me to the shift office.

-2-

7. At approximately 1:30 AM Lt. Wheeler, along with the other officers in her detail, departed the dorm and approached me, as I sat on the bench near the Shift Commander's Office, COI Brown, very forcefully and violently, pushed me against the wall and began to physically search me in a very aggressive manner. As Plaintiff stood in the office, I was again surrounded by Lt. Wheeler, Sgt. Moses, COI Brown and COI Lewis. Sgt. Cargle and approximately three to four other officers were seated or present in the room. Lt. Wheeler then began to verbally abuse me, asking me "who the fuck do you think you are? She continued, "do you know that we will beat your mutha-fucking ass in here?" Plaintiff stood silent.

8. Sgt. Moses took over stating "I'll bust your mutha-fucking head wide open with this stick", as he held the stick (baton) in a very threatening and endangering manner. Sgt. Moses approached me again, saying "I'll put twelve (12) mutha-fucking stiches in the top of your head with this stick." "Do you hear me talking to you?"* Plaintiff calmly stated "yes, sir." Sgt. Moses looked at me, Lt. Wheeler came close to Plaintiff and said to Sgt. Moses, "no sarge, with all this grey hair, he needs about seventeen (17) stiches in this mutha-fucking head." I felt very frighten and very terrorized by the actions of this group of state employees.

\* then Sgt. Moses prodded or struck Plaintiff (Burton) twice with his baton in Buton's mid-section.

9. On May 07, 2003, I filed a Complaint regarding the April 30, 2003 incident to Commissioner Donal Campbell. I served copies also Honorable Toby Roth; Rep. Johnny Ford; Rev. Jesse Jackson; Hon. Boyd Wigham; ADOC I & I Division; Senator Jack Biddle; and Warden J. C. Jiles.

10. On May 15, 2003, Rep. Johnny Ford sent a letter to Commissioner Donal Campbell (defendant) warning him that my life was in danger and asked for an immediate investigation into the matter.

11. On May 20, 2003, I talked to Warden J. C. Jiles (defendant) and informed him of what happened to me on April 30, 2003. I also informed Warden Jiles of other incidents of misconduct (beatings) by Ventress Correctional Staff.

12. On May 21, 2003, Barbour County District Attorney addressed a letter to the Director of Investigations and Inspections Division of the ADOC, and requested a review of the April 30, 2003 incident and asked I & I to determine if any crime had been committed.

Lt. Roam (defendant) threatened to lock Plaintiff in segregation if I wrote any more letters to Governor Bob Riley; Rep. Johnny Ford; or any state official in the presence of several inmates.

13. On June 11, 2003, Plaintiff spoke to Commissioner Donal Campbell (defendant) personally about the incident on April 30, 2003. Plaintiff also informed the Commissioner of the many other beatings of inmates by Correctional Officers, that had occurred at the Ventress Correctional Facility. Warden J. C. Jiles was present during the conversation.

14. On June 20, 2003, at approximately 05:15 PM, the Plaintiff and approximately fifteen (15) inmates was dismissed from the Law Library to go to the dining hall to eat along with the last dorm. Plaintiff was amoung the last five (5) to ten (10) inmates to recieve A food tray. As soon as Plaintiff had received his food tray, the Correctional Officers in the kitchen shouted that we had two (2) minutes to eat. When I got up from the table to place my food tray in the disposal as I stood in line to do so---there were ten (10) to fifteen (15) people still sitting down eating. During this time, I expressed to COI Gloria Wheeler (defendant), that there was nothing in the rules and regulations that states we only have two (2) minutes to eat. I said that we have the right to be given ample time to eat our food. COI Gloria Wheeler then stated, "you are a prisoner and you don't have no rights." COI Gloria Wheeler then snatched my food tray from my hand, and pulled me out of line by grabbing hold to my shirt. I told her that it was not necessary for her

to put her hands on me and that I would comply to her commands. COI Wheeler then attempted to pull me closer to her and whisper in my ear. COI Wheeler then stated to me "stand right here, I got something for your smart ass!"

COI T. D. Jones and COI Burhnan (defendants) moved closer to me and disallowed me to leave the dining room area. COI Wheeler then began to force everyone that was still eating to get up from their table and leave the kitchen! COI Wheeler also ordered all the kitchen workers to leave the dining area and go to the back of the kitchen--behind the serving line.

Plaintiff stood isolated and guarded by several officers, I, on occasions, requested to the officers "may I go to my dorm?" Each time COI T. D. Jones and the other officers emphatically said "No, stand right there!"

After COI Gloria Wheeler had cleared the dining area, she then, again approached me where I was standing, as I was now surrounded by several other officers, including COI Burhnan, COI T. D. Jones, COI P. R. Fenn, COI C. L. Baker, Cadet Martin, Jr., Cadet Prichard, Cadet Braswell, COI Burks, and COI McDonald stood near the kitchen exit door.

When I attempted to ask "Why was I being denied to leave the kitchen", COI T. D. Jones gave me a direct order to "shut-up"! When COI Gloria Wheeler came up to me after she had basically cleared the kitchen area, I was standing there silent,

-6-

surrounded by the group of officers, with my arms folded; COI Gloria Wheeler stated to me "unfold your dam arms!" Plaintiff complied to the order.

COI Burhnan, who was standing directly behind me, began to bump and push me in my back. I successfully avoided making contact with the other officers. At this time, COI Wheeler shouted to me, "Son-of-a-bitch, don't look at me!", however she was standing directly in front of plaintiff, who could not avoid looking at her. When Plaintiff failed to close his eyes COI Wheeler struck Plaintiff in his face with her right hand. COI T.D. Jones immediately struck Plaintiff in his face again, while COI Burhnan struck Plaintiff from behind and knocked Plaintiff on the kitchen table, where he (Plaintiff) was attacked by eight to ten officers.

Plaintiff laid on the kitchen table covering his face with both hands, while he was brutally attacked, believing the officers were trying to kill him. Plaintiff began to yell and cry out in pain from kicks and punches. Plaintiff was kicked and punched at least 30 to 40 times by this group.

COI Burhnan suddenly stopped this attack yelling "that's enough, that's enough" and began to shield Plaintiff from the other officers. I was pulled up from the table and handcuffed. COI T. D. Jones pointed her finger in my face and stated "that's payback"!

15. After being handcuffed from behind, COI Burhnan intentionally on several occasions kept pushing me face first into the concrete wall in an attempt to injure me further. I was finally taken to Health Care Unit for a body chart.

Lt. Jimmie Henderson arrived at the HCU and ordered COI Burhnan to remove the handcuffs. Lt. Henderson asked me what occurred, and as I was explaining the details to him COI Burhnan interrupted and stated that I attacked the officers. COI T. D. Jones was given a body chart first because she injured her hand punching me during the attack.

Lt. Henderson told all the officers to leave the HCU and that he had me. The medical officials completed my body chart, and noted the injuries.

16. On June 27, 2003 I received a disciplinary for Rule #56 of ADOC Regulation # 403 specifically "Failure to Obey a Direct Order", arising from the June 20, 2003, attack upon Plaintiff.

17. On June 27, 2003 disciplinary court was held by Sgt. Sherwin Carter, found me guilty and imposed sanctions including (45) days disciplinary segregation and increase in custody status.

18. On July 2, 2003, I was interviewed by the Investigation and Inspections Division of the Dept. of Corrections, Agent C. P. Barfoot.

19. On July 11, 2003, I was transferred from Ventress Correctional Facility to Kilby Correctional Facility per order of I & I Division.

**20.** On July 17, 2003 Investigator C. P. Barfoot briefly visited me at kilby and informed Plaintiff that he was transferred by him as part of the investigation.

**21.** On September 12, 2003, Plaintiff was transferred to Easterling Correctional Facility from Kilby.

22. On November 12, 2003, Plaintiff was transferred to Bibb County Correctional Facility from Easterling.

-9-

## CAUSES OF ACTION

Plaintiff support the following claims by reference to the previous paragraphs of this complaint:

### COUNT I

Plaintiff's First Amendment Rights were violated where prison officials <u>retaliated</u> against him for exercising his right to consult with policians and media, as well as file complaints against inhumane treatment;

### COUNT II

Plaintiff's Eighth Amendment rights were violated where plaintiff was a victim of a beating, after being assaulted by several defendants, in the exercise of unnecessary force.

## PRAYER FOR RELIEF

1. Declare that the acts and omissions described herein violated plaintiff's rights under the Constitution and laws of the United States.

2. Enter a permanent order that the Commissioner of the Alabama Department of Corrections and his agents, employees, and all other persons acting in concert with them protect plaintiff

from assaults and beatings by ADOC Officials and inmates working on behalf of orders from ADOC officials.

3. Enter judgment in favor of plaintiff for compensatory and punitive damages, as allowed by law, against each defendant, jointly and severally.

4. Order such additional relief as this Court may deem just and proper.

Respectfully submitted this 15th day of December, 2003.

Anthony Burton, #136983
Anthony Burton, 136983
Bibb County Correctional Facility
565 Bibb Lane A3-30T
Brent, AL 35034

Pursuant to 28 U.S.C. § 1746, I declare and verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 15, 2003.

Anthony Burton

-11-