IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY BURTON, #136983, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:03cv1244-ID |
| ) | (WO) |
| RICHARD ALLEN, et al., ) | |
| ) | |
| Defendants. ) | |

**<u>ORDER</u>**

Upon CONSIDERATION of the Recommendation of the Magistrate Judge, filed June 12, 2006 (Doc. No. 92), and Anthony Burton's Objection thereto, filed June 29, 2006 (Doc. No. 95), and upon an independent review of the file in this case, it is ORDERED as follows:

(1) Said Recommendation be and the same is hereby ADOPTED, APPROVED and AFFIRMED;

(2) Burton's Objection be and the same is hereby OVERRULED;

(3) Defendants Allen, Giles, Thomas, Carter, Cynthia Wheeler and Roan's motion for summary judgment be and the same is hereby GRANTED and these defendants are hereby DISMISSED as parties in this action; and

(4) Defendants Moses, Gloria Wheeler, Jones, Burnham, Fenn, Baker, McDonald and Burks' motion for summary judgment be and the same is hereby DENIED; the date for trial shall be set by further order of the court.

Done this 18th day of July, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE